# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Kolonji Murray                                CASE NO.: 16–23646–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  13
xxx–xx–5521

---

### DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS

The Court is unable to process your *Petition for Payment of Unclaimed Funds* without additional information. **Within 30 days of the date of this Notice**, you must address the following deficiencies:

| CATEGORY OF DEFICIENCY | EXPANSION |
| --- | --- |
| [x] *Other* | [x] Service to US Attorney Required |

**More specifically for this particular claim**:

> Missing Proof of Service to U.S. Attorney

Any further questions should be directed to the Finance Department either in writing or by calling (212) 284–4091 or (212) 284–4075 during standard business hours. Should questions arise after hours, please leave a voicemail which includes contact name, phone number, case number, and a concise summary of the query.

As a reminder, all documentation in support of the claim should be mailed to the address given below:

*Finance Department*
*U.S. Bankruptcy Court, SDNY*
*1 Bowling Green*
*New York, NY 10004–1408*

Dated: 11/2/22                          Vito Genna
                                        _____

                                        *Clerk of the Court*

                                        By: /s/  Humberto Cales
                                        _____

                                        *Deputy Clerk*